UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-cr-2456-JLS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT AND ORDER OF |
| ) | DISMISSAL OF INFORMATION |
| ) | |
| ROMAN RANGEL-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon the government's motion and good cause being shown,

IT IS HEREBY ORDERED that the Information in Criminal Case No. 10-cr-2456-JLS against defendant Roman Rangel-Ramirez, is hereby dismissed without prejudice.

SO ORDERED.

DATED: February 16, 2011

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge